# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Gibbs  ☑ LeBouef  ☐ |
| DATE | 11/29/2018 |
| TIME | 10:00 a.m. — 11:05 a.m. |
| CIVIL ACTION | H-18-4360 |
| STYLE | Medlin versus State Bar of Texas, et al. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing; _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: H. Alcaraz)

Harris Wood, Leonard Bradt _____ for ☑ Ptf. # _____ ☐ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____
Vanessa Windham, Matthew Greer ___ for ☐ Ptf. # _____ ☑ Deft. # _____
John Brannon _____ for ☐ Ptf. # _____ ☑ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on: ☐ all pending motions; ☐ these topics:
_____
_____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☑ Internal review set: 12.17.2018
☐ Rulings orally rendered on: _____