Civil Courtroom Minutes

| | |
|---|---|
| Judge | Lynn N. Hughes |
| Case Manager | Glenda Hassan |
| Law Clerk | ☐ Gibbs   ☑ LeBouef   ☐ |
| Date | 3/11/2019 |
| Time | 10:05 a.m. — 10:15 a.m. |
| Civil Action | H - 18 - 4360 |
| Style | Charles Medlin *versus* State Bar of Texas, et al. |

Docket Entry

☑ Conference;  ☐ Hearing;  ____ day ☐ Bench  ☐ Jury Trial  (Rptr: N. Frcost )

Leonard Bradt _____ for ☑ Ptf. # ____  ☐ Deft. # ____
_____ for ☐ Ptf. # ____  ☐ Deft. # ____
Vanessa Windham, Matthew Greer  for ☐ Ptf. # ____  ☑ Deft. # ____
_____ for ☐ Ptf. # ____  ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____